UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.:

EBBESKOV JANKOVIC, LLC
DBA iUSE PHOTOGRAPHY.
A Florida Limited Liability Company,

    Plaintiff,

v.

LIV DAGMAR JOHANSEN, an individual
And LIVNESS, INC DBA LIV VISUALS
A California Company,

    Defendants.
_____/

## COMPLAINT

Plaintiff, Ebbeskov Jankovic LLC dba iUSE Photography (hereinafter referred to as "iUSE") by and through its undersigned attorney, files its complaint and states as follows:

### PARTIES

1. Plaintiff, Ebbeskov Jankovic LLC dba iUSE Photography ("iUSE'), is Florida Limited Liability Company with its principal place of business in Broward County and is otherwise sui juris.

2. Defendant, LIVNESS. Inc. (hereinafter "LIVNESS") is a California company with its principal place of business in Los Angeles County.

3. Defendant, Liv Dagmar Johansen (hereinafter "JOHANSEN") is a citizen of Denmark residing in the State of California.

## JURISDICTION AND VENUE

This Court has jurisdiction over this matter pursuant to diversity jurisdiction pursuant to 28 U.S.C. Section 1332(a)(1), involving an action between citizens of diverse states with an amount in controversy in excess of seventy-five thousand dollars ($75,000.00), exclusive of interest and costs.  Additionally, Plaintiff and Defendants have expressly agreed that any dispute between them will be decided under Florida law and that Florida courts shall be the exclusive venue for any lawsuit between them.  (See attached Subcontractor Agreement at Page 8, Section 8.)

## STATEMENT OF FACTS

4.  iUSE Photography has established itself as the leading provider of professional state-of-the-art real estate photography services in South Florida.  Its proprietors, Morten Ebbeskov and Sanela Jankovic, are from the nation of Denmark and immigrated to the United States in 2015.  Morten and Sanela were introduced to Liv JOHANSEN by mutual friends in the Danish community in November 2019.  Liv JOHANSEN expressed interest in working for iUSE Photography and learning about the real estate business.

On or about January 17, 2020, the parties entered into a binding written agreement for JOHANSEN and LIVNESS (Subcontractor) to perform work for iUSE (the Owner) as a Sales Executive.  (See Exhibit A --Subcontractor Agreement including Appendices 1-5.)  This 16 page document is a valid contract.

5.  In pertinent parts, the Subcontractor Agreement states as follows:

- **Non-Solicitation of Customers**: Independent contractor shall not, for a period of two years from termination of the agreement, solicit any of iUSE photography's clients, customers, business relationships, photographers, editors, IT developers, or anyone associated with iUSE photography or iUSE photography's clients or customers. You are under no circumstances allowed to work directly with any clients & referrals provided by iUSE photography, without iUSE photography. All clients provided to you are clients of iUSE photography. All clients which

See Subcontractor Agreement at Page 6.

- **Non-Solicitation of Employees/Contractors**: Independent contractor shall not, for a period of 2 years from termination of the agreement solicit any of iUSE photography's employees, contractors, etc.
  - **NON-Compete Agreement - Settling Up / Establishment of Competing Business**: Independent contractor shall not, for a period of two years from termination of the agreement, attempt to create, form, establish or incorporate, either directly as an owner, director, manager, or executive or indirectly, any form of competing real estate photography business or real estate property website business (to be defined) within the State of Florida.

See Subcontractor Agreement at Page 7.

**SECTION 7 – CONFIDENTIALITY**
By the conclusion of this Agreement, the parties and the parties' advisors are obliged to keep all information about IUSE photography's business secrets and business contacts, prices, technologies used, technical solutions and contractual relations confidential as well as similar confidential matters. Similarly, by the conclusion of this Agreement, the parties and the parties' advisers are obliged to ensure confidentiality of all information after any end of the cooperation. IUSE photography will be able to lay claim for compensation, in the event that breach of confidentiality has resulted in damage in the form of loss of goodwill, clients, or image.

**Confidentiality:** Any and all pricing, business models, internal materials, memorandum, IT Platform, etc., of iUSE photography are confidential and sensitive.

See Subcontractor Agreement at Page 8.

1.1. In this Agreement
   a) "Information" shall mean all designs, design materials, documents, drawings, ideas, know-how, pictures, software codes, the terms and conditions of this agreement and any other information supplied by IUSE photography to the Recipient (whether disclosed orally, in digital form, in documentary or other material form, by demonstration or otherwise) marked as confidential at the time of disclosure, or unmarked.

**Article 2: Recipients obligations**
2.1.  All Information furnished by IUSE photography shall be treated by the Recipient as confidential.

**Article 5 - Consequences of breach**
5.1.  The Parties acknowledge and agree that since a breach of the obligations of this Agreement is likely to cause irreparable harm to IUSE photography, and that money damage alone would be inadequate as a remedy for the breach of such obligations, the Recipient agrees that it will not object IUSE photography seeking injunctive relief in the event of such breach.
5.2.  In the event IUSE photography seeks injunctive relief of any provision of this Agreement, the Recipient agrees to waive and hereby does waive any requirement that the Party seeking the injunctive relief post a bond or any other security.
5.3.  IUSE photography shall be entitled to seek and obtain from the Recipient money damages or other equitable relief or any combination of remedies, as IUSE photography shall elect without having to notify or seek relief from the Recipient.

5.4.  The Parties agree that a breach of the conditions in this Agreement can result in considerable losses to IUSE photography and that it would be extremely difficult to document such losses. Any breach of this condition will result in the Recipient paying an agreed penalty of US Dollars 250,000 to IUSE photography for each such breach. Payment of the agreed penalty does not legalize the breach. Apart from the agreed penalty, the Recipient is further obliged to pay compensation to IUSE photography in accordance with Florida Law.

See Subcontractor Agreement at Pages 11-13.

    5.   iUSE terminated JOHANSEN and LIVNESS at the request of JOHANSEN in June of 2020.  JOHANSEN had requested to be terminated in order to evade having to make rent payments under a residential lease during the Covid crisis.  iUSE was happy to oblige as JOHANSEN's unethical request fell into an undesirable pattern of JOHANSEN making false statements, including to  iUSE.

    6.   Throughout the iUSE/LIVNESS business relationship, JOHANSEN had full access to the entire iUSE technical Software System which contains iUSE's confidential information as follows:

(1) Admin Interface -showing much of iUSE's confidential information such as iUSE sales, customers' data, identity of iUSE's editing team, iUSE's entire backbone and specially developed software system, products, intellectual property rights etc.

(2) Client Interfaces for all iUSE's thousands of clients.

(3) Photographer Interfaces for all iUSE's photographers.

(4) Editors Interface (showing the identities of iUSE's editing team and the proprietary/confidential iUSE system and workflow).

7. In the spring of 2020, JOHANSEN and her husband, Lars, had expressed interest in purchasing a franchise/licensing from iUSE for the Southern California region. iUSE and JOHANSEN were unable to agree to terms related to this franchise opportunity. Unbeknownst to iUSE, JOHANSEN determined it better to misappropriate iUSE's confidential information and start her own business, separate and apart from iUSE.

8. JOHANSEN and LIVNESS viewed and misappropriated all of iUSE's confidential information. JOHANSEN then used iUSE's confidential information for her own benefit by repurposing LIVNESS as a real estate photography business identical to the iUSE business model.

9. LIVNESS is now doing business under the name "LIV VISUALS".

10. JOHANSEN went so far as to copy aspects of the iUSE website, marketing, products, and concept.

11. JOHANSEN and LIVNESS used iUSE's confidential information to benefit JOHANSEN's new real estate photography business, LIV VISUALS. In 2020, JOHANSEN made a complete career change from previously only working in the fashion industry to begin

working with iUSE in Real Estate Photography. A brief time after JOHANSEN's was terminated by iUSE (only 5 months), JOHANSEN copied iUSE's entire business concept, skirted proprietary intellectual property rights, copied aspects of iUSE's website and solicited iUSE's Editing Team and Clients. JOHANSEN did all of these things using the confidential information stolen from the iUSE platform. JOHANSEN did not have any prior experience in Real Estate Photography prior to working with iUSE but she used iUSE's confidential information to jumpstart her new business, LIV VISUALS[1].

12. In a clear breach of the Non-Solicitation and Confidentiality provisions of the Subcontractor Agreement, JOHANSEN and LIVNESS contacted the iUSE Editing Team via email and asked if they could do editing services for JOHANSEN and her new real estate photography business, LIV VISUALS.

13. JOHANSEN/LIVNESS contacted the iUSE Editing Team in spite of the fact that she had signed a NDA and contract which prohibited her from contacting any iUSE clients, subcontractors, photographers or Editors.

14. Additionally, JOHANSEN/LIVNESS contacted iUSE's customer and client, real estate brokerage Keller Williams in Fort Lauderdale, in an effort to solicit business for LIVNESS and LIV VISUALS. This is a further breach of the Subcontractor Agreement as LIVNESS/JOHANSEN is not permitted to contact iUSE clients as per the terms of the contract and NDA.

---

[1] LIVNESS Inc was originally incorporated for Liv & Lars' fashion agency business years before and subsequently Liv Visuals was created as a DBA for her Real Estate Photography business.

15. LIVNESS Inc (DBA LIV VISUALS) currently maintains an address in South Florida and intends to solicit business in the State of Florida.  This is a clear breach of the noncompete provision of the Subcontractor Agreement.

16. JOHANSEN's/LIVNESS' breaches of the Subcontractor Agreement have caused damage to iUSE.

JOHANSEN/LIVNESS have damaged, and will damage, iUSE's relationships with its business contacts and its clients and harmed iUSE's business and reputation.

17. JOHANSEN's/LIVNESS' breaches have been in furtherance of an effort to defeat the purpose of the Subcontractor Agreement and create a business opportunity for JOHANSEN without providing iUSE any compensation for its confidential information.  This has also damaged iUSE as JOHANSEN/LIVNESS intends to compete with iUSE on a going forward basis.

## DEMAND OF JURY TRIAL

Plaintiff, iUSE, demands trial by jury for all causes of action so triable.

## CAUSE OF ACTION I—BREACH OF CONTRACT

Plaintiff re-alleges and incorporates the allegations set forth in paragraphs 1 through 17 above as if set forth in full herein.

17. A valid contract exists between iUSE, JOHANSEN and LIVNESS.  (See Exhibit A attached.)

18. JOHANSEN and LIVNESS breached the agreement by misappropriating iUSE's confidential information, using the confidential information for their own benefit and

contacting iUSE's Editing Team, Customers and Clients.  JOHANSEN breached the agreement by maintaining a real estate photography business in South Florida in violation of the non-compete clause of the Subcontractor Agreement.

19.  iUSE has suffered damages as a result of Defendants' breaches.

**WHEREFORE,** iUSE demands judgment against Defendants for breach of contract and such other relief this Court deems just and proper including but not limited to actual damages, liquidated damages of $250,000.00 as per the terms of the Subcontractor Agreement, prejudgment interest and for such other and further relief as the Court may deem just and proper.

## INJUNCTIVE RELIEF REQUESTED

20.  Plaintiff re-alleges and incorporates the allegations set forth in paragraphs 1 through 17 above as if set forth in full herein.

21.  iUSE requests the immediate entry of an order enjoining Defendants to (1) return all materials misappropriated from iUSE; (2) refrain from contacting any of iUSE's customers, clients and Editing Team; (3) refrain from doing business or maintaining a business address for LIVNESS DBA LIV VISUALS in the State of Florida.

22.  In so doing, iUSE requests that this Court enjoin any ongoing, or future, violations of the Subcontractor Agreement.  iUSE will suffer irreparable harm absent the entry of such an injunction.

23.  iUSE has no adequate remedy at law to protect its rights;

24.  iUSE has a substantial likelihood of success on the merits; and

25.  An injunction will serve the public interest.

Respectfully submitted,
Dated: 11/29/2021

<u>s/John P. Hess</u>
John P. Hess, Esq.
F.B.N. 31075

**John P. Hess, P.A.**
515 North Flagler, P 300
West Palm Beach, FL 33401
Ph: (305) 310-0904
Email: <u>jhess@johnphess.com</u>
Attorney for Plaintiff