# iUSE Photography

# Subcontractor Agreement (1099)

**BETWEEN**

**iUSE photography / iUSE property website / Ebbeskov Jankovic LLC**
**(iUSE photography & iUSE property website are owned by Ebbeskov Jankovic LLC)**

**AND**

**Subcontractor (1099)**
**Sales Executive:**
**Liv Dagmar Johansen (Company: LIVNESS Inc., Liv and Lars)**

Table of Contents

**Subcontractor Agreement (1099)** ................................................................................................3
Section 1 – Agreement Period ........................................................................................................4
Section 2 – Definition and prices of tasks.......................................................................................4
Section 3 – Conditions ....................................................................................................................5
Section 4 – Break of contract..........................................................................................................7
Section 5 – Availability and vacation closing .................................................................................7
Section 6 – Payment........................................................................................................................7
Section 7 – Confidentiality..............................................................................................................8
Section 8 – Disputes .......................................................................................................................8
Appendix 1 – SALES EXECUTIVE DETAILS..............................................................................10
Appendix 2 - NON-DISCLOSURE AGREEMENT .......................................................................11
Appendix 3 - W-9 for subcontractors (1099) ................................................................................14
Appendix 4 - 1099 information sheet needed for subcontractors (1099)......................................15

# SUBCONTRACTOR AGREEMENT (1099)



**BETWEEN**

iUSE photography and iUSE property website are owned & operated by Ebbeskov Jankovic LLC

iUSE photography / iUSE property website / Ebbeskov Jankovic LLC (EIN no. 36-4814545)
41 SE 5th Street, Suite 2109
Miami Florida, 33131, USA
(hereinafter referred to as "iUSE photography"),

**AND**

**Sales Executive:**

**Business Company: LIVNESS Inc.**   (EIN no. 83-1108509)
Liv Dagmar Johansen
ADDRESS: 7080 Hollywood Blvd. PH
CITY, STATE, ZIP, COUNTRY: Los Angeles, CA, 90028
(hereinafter referred to as "Recipient").

**LIVNESS**

have on this date concluded the following subcontractor schedule (hereinafter referred to as the Agreement).

Date: January 17, 2020
City and state: Miami /Florida

Date: January 17, 2020
City and state: Miami /Florida

_____
Morten Ebbeskov Jankovic, Owner
Sanela Ebbeskov Jankovic, Owner
iUSE photography (Ebbeskov Jankovic LLC)

_____
Liv Dagmar Johansen
LIVNESS Inc.

**Preface:**
**iUSE photography and iUSE property website are owned by Ebbeskov Jankovic LLC.** The agreement includes the guidelines for the subcontractor's delivery to IUSE photography. The agreement also includes the content of the deliveries of sales, sales material, new customers to iUSE photography.

iUSE photography may, with 14 days' notice to the subcontractor, make changes to the work task definitions and/or compensation specified in the attached Appendix 1. The subcontractor is entitled to renegotiation of the Agreement, provided that the subcontractor considers the amendment as essential. Any changes must be in writing and agreed to by both parties.

The attached Appendixes (Appendix 1-4) are included as an integral part of the agreement.
iUSE photography may have several subcontractors/subcontractors in the same area where the subcontractor lives and operates. iUSE photography will always have the right to assign and distribute tasks to whoever subcontractors they choose. iUSE photography will not guarantee the subcontractor a certain amount of work tasks, and can therefore not promise any minimum or maximum workload.

**Acknowledgment of Role:** Independent contractor recognizes and conceded that the engagement is that of an independent contractor and not as an employee of iUSE photography , as such there are no representations, promises or assurances of any benefits, including healthcare, retirement benefits, sick time, etc.

**Nature of Limited Engagement:**   In engaging independent contractor, IUSE photography  is seeking assistance for specific and limited projects (**as Sales Executive for iUSE photography**).  Independent contractor agrees that there are no future promises or assurances of future work or projects, and that iUSE photography's engagement may be on a limited (per project) basis.

### SECTION 1 – AGREEMENT PERIOD
The agreement will be concluded with effect from **January 17, 2020.**
Either party with a 14 days written notice may terminate the agreement.

### SECTION 2 – DEFINITION AND PRICES OF TASKS
The content and prices of tasks are set out in Appendix 2. The specified prices are excluding sales tax. In accordance with the overall planning and out of considering for other subcontractors, the subcontractor must demonstrate solidarity in easing the workload during vacation – illness or peak loads. Of course, this applies only to the extent that it is possible for the subcontractor.

**SECTION 3 – CONDITIONS**
IUSE photography will provide the necessary instructions in relation to training and sales material to IUSE photography's products and system.

The subcontractor shall upon request be able to present a clean criminal record and be able to pass a background check and drug test.

The subcontractor itself shall provide photographic equipment and other required elements.
This may be:
- Equipment as laptop and mobile phone
- Internet access
- Reliable vehicle transportation
- Driver's license
- Have mandatory health and liability insurance up to the amount of one million dollars.

The subcontractor itself is responsible for insurance coverage of all equipment or other relevant circumstances. The subcontractor itself is also responsible for any liability insurance and coverage. iUSE photography cannot be held responsible for any liabilities or insurance nor damage.

The subcontractor itself shall bear all the costs, for instance gas, parking and travel expenses, internet, gear, insurances, liabilities, and in connection with contact to sellers, renters, clients, and real estate agents, brokers and IUSE photography etc.

During the execution and the delivery of the agreed deliveries, the subcontractor must act loyal in relation to iUSE photography's name and activities.

Rights to all material resulting from the sales development and delivery of the agreed deliveries, including raw materials as well as pictorial imagery, drawings/floorplans, videos, flyers, texts or other material belonging to iUSE photography or its clients, may not be used in any other context.

- **Acknowledgement of Trademark Rights:** iUSE photography owns certain common law and/or related registration rights before the USPTO for the mark iUSE PHOTOGRAPHY in International Class 41 for certain real estate related services. In providing services to iUSE photography, independent contractor may be given certain materials that include trademarks and/or related logos of iUSE photography. The foregoing is for the limited purposes of the underlying engagement, and independent contractor shall have no rights or interest in the mark or associated goodwill. Independent contractor shall not use the mark iUSE PHOTOGRAPHY without the express written consent of iUSE photography.

- **Right of Inspection:** iUSE photography has the right at all times to inspect any and all materials and/or content that includes the iUSE photography Trademark. Likewise, iUSE photography has the right at any time to review any content, graphics, images and/or related information created or used during the scope of engagement. This includes the right of inspection as to any communications, texts, etc. related to the performance of independent contractor's role (and/or that touch upon or address iUSE photography).

- **Work for Hire / Copyright Ownership**: Independent contractor automatically assigns – as a recognized and acknowledged work for hire – any and all rights, title, and interest in any and all raw photography, video capture, footage, and/or related photo/video/floorplan capture. This includes any and all digital files, edited files, and/or altered content created as part or in relationship to any engagement.

- **Assistance/Cooperation in Registration:** Independent contractor shall assist and cooperate fully with iUSE photography for purposes of effectuating and assuring truthful, accurate, and complete information necessary to appropriately register any and all copyright in any associated works of authorship contemplated within the scope of engagement, including but not limited to any photography, video and/or related imagery.

- **Originality / Free from Encumbrance:** Independent contractor represents, confirms and agrees that any and all raw photography, raw video, footage, imagery, graphics, photo/video capture or related content is both original and unique works of authorship that were initially created / captured by independent contractor. As such, independent contractor warrants that such content is not based upon, taken, derived from or sourced from a third-party. Such content is likewise from encumbrance and/or lien.

- **Limited Rights of Use in Social Media:** Apart from reposting from iUSE photography or associated authorized activities, independent contractor shall not use, post and/or employ the underlying photography and/or videos via social media.

- **Affirmative Duty of Enforcement:** Independent contractor has an affirmative duty and obligation to alert iUSE photography (via writing) of any unauthorized and/or improper use of any underlying photography, video, imagery or related content created by independent contractor under the scope of engagement.

- **Non-Solicitation of Customers**: Independent contractor shall not, for a period of two years from termination of the agreement, solicit any of iUSE photography's clients, customers, business relationships, photographers, editors, IT developers, or anyone associated with iUSE photography or iUSE photography's clients or customers. You are under no circumstances allowed to work directly with any clients & referrals provided by iUSE photography, without iUSE photography. All clients provided to you are clients of iUSE photography. All clients which are a result of the sales activates performed by the Subcontractor belongs to iUSE photography. If you work directly with a iUSE photography-client, affiliates or associates without iUSE photography, it will be considered a breach of contract, and the all contracts will be terminated immediately. IUSE photography demands Loyalty and respect from its Subcontractors. The subcontractor may not, for a period of 24 months after the cooperation has ended, carry out tasks for iUSE photography's past or current clients within 24 months. This is, however, only applicable within iUSE photography's scope of current and future planned activities in Florida. The subcontractor may perform tasks that are not related to iUSE photography's scope of activities of current and future planned activities. iUSE photography's clients are defined as all clients who have made one or several bookings through iUSE photography.com, as well as the office or company, which the clients' represents, as well as any referrals that rise from working with iUSE photography and its clients. Also, all new Clients belong to iUSE photography.

6

- **Non-Solicitation of Employees/Contractors:** Independent contractor shall not, for a period of 2 years from termination of the agreement solicit any of iUSE photography's employees, contractors, etc.

- **NON-Compete Agreement - Settling Up / Establishment of Competing Business:** Independent contractor shall not, for a period of two years from termination of the agreement, attempt to create, form, establish or incorporate, either directly as an owner, director, manager, or executive or indirectly, any form of competing real estate photography business or real estate property website business (to be defined) within the State of Florida.

## SECTION 4 – BREAK OF CONTRACT

In the event of knowhow or breach of this Agreement, IUSE photography may cancel the contract without warning. The consumption of alcohol immediately before or during photo sessions at iUSE photography's clients or their end clients is considered breach of contract.
Misbehavior is also considered breach of contract.
In the event of material breach, in addition to canceling the contract, iUSE photography can demand compensation to the extent permitted by law.

## SECTION 5 – AVAILABILITY AND VACATION CLOSING

In the event that the subcontractor is unable to deliver for a period exceeding one week, a notice of at least 2 weeks must be given due to the need to plan resources. This applies to vacation and similar conditions. It is expected that the subcontractor is available to iUSE photography, insofar as it has been agreed. This is, of course, subject to unforeseen factors such as illness, emergencies, and other unforeseen circumstances. During periods when iUSE photography's subcontractors are close due to vacation or illness, the subcontractor may cover insofar as this is possible for the subcontractor.

## SECTION 6 – PAYMENT

Invoicing will occur every 14 days. Payment terms are the current 14 days + up to 5 days. The invoice data may only go from the 1st of the month up to and including the 14th of the month and from the from the 15th of the month up to and including the 31th of the month.

Overview:
- First invoicing data timeframe: From the 1st – 14th in a given month (both days including)
- Second invoicing data timeframe: From the 15th – last day in a given month

In addition to this, tasks must be specified on the next invoice. Maximum 3 days after the invoicing data timeframe, iUSE photography will send a basis for invoicing, on which the subcontractor may base its invoice.
This shall be sent between the 14th and 17th in a given month, for first invoicing data timeframe.
This shall be sent between the 31th and 2th in a given month, for second invoicing data timeframe.

IUSE photography will pay the subcontractor's invoice within two days after receiving the signed/accepted invoice from the subcontractor.

7

### SECTION 7 – CONFIDENTIALITY

By the conclusion of this Agreement, the parties and the parties' advisors are obliged to keep all information about IUSE photography's business secrets and business contacts, prices, technologies used, technical solutions and contractual relations confidential as well as similar confidential matters. Similarly, by the conclusion of this Agreement, the parties and the parties' advisers are obliged to ensure confidentiality of all information after any end of the cooperation. IUSE photography will be able to lay claim for compensation, in the event that breach of confidentiality has resulted in damage in the form of loss of goodwill, clients, or image.

**Confidentiality:** Any and all pricing, business models, internal materials, memorandum, IT Platform, etc., of iUSE photography are confidential and sensitive.

### SECTION 8 – DISPUTES

Any dispute on the effect of the Agreement, its understanding, interpretation and/or completion must first be attempted to be reconciled through an amicable agreement and negotiation. If this is not possible, the dispute be settled in accordance with Florida law by the ordinary Florida courts. It has been agreed that the Courts of Florida must be the venue.

**Cooperation in Enforcement:** In the event that any photography is used without authorization in a manner that requires enforcement through legal proceedings, independent contractor shall fully assist in any such investigation, assist in providing appropriate declarations/affidavits and/or testifying via deposition and/or at a trial.

### SECTION 9 – INDEMNIFICATION

Subcontractor agrees to indemnify and hold harmless IUSE photography from all claims, losses, expenses, fees including attorney fees, costs, and judgments that may be asserted against the IUSE photography that result from the acts or omissions of the Subcontractor, the Subcontractor's employees, if any, and the Subcontractor's agents.

### SECTION 10 - NO RIGHT TO ACT AS AGENT

An "employer-employee" or "principal-agent" relationship is not created merely because (1) iUSE photography has or retains the right to supervise or inspect the work as it progresses in order to ensure compliance with the terms of the contract or (2) the iUSE photography has or retains the right to stop work done improperly. The Subcontractor has no right to act as an agent for iUSE photography and has an obligation to notify any involved parties that it is not an agent of iUSE photography.

### SECTION 11 - ENTIRE AGREEMENT

This Agreement constitutes the entire contract between the parties. All terms and conditions contained in any other writings previously executed by the parties regarding the matters contemplated herein shall be deemed to be merged herein and superseded hereby. No modification of this Agreement shall be deemed effective unless in writing and signed by the parties hereto.

**SECTION 12 - WAIVER OF BREACH**

The waiver by iUSE photography of a breach of any provision of this Agreement by Subcontractor shall not operate or be construed as a waiver of any subsequent breach by Subcontractor.

**SECTION 13 – SEVERABILITY**

If any provision of this Agreement shall be held to be invalid or unenforceable for any reason, the remaining provisions shall continue to be valid and enforceable. If a court finds that any provision of this Agreement is invalid or unenforceable, but that by limiting such provision it would become valid and enforceable, then such provision shall be deemed to be written, construed, and enforced as so limited.

Date: January 17, 2020
City and state: Miami /Florida

_[signature]_

_[signature]_

Morten Ebbeskov Jankovic, Owner
Sanela Ebbeskov Jankovic, Owner
iUSE photography (Ebbeskov Jankovic LLC)

Date: January 17, 2020
City and state: Miami /Florida

_[signature]_

Liv Dagmar Johansen
LIVNESS Inc.

Attached: Appendixes 1-4

## APPENDIX 1 – SALES EXECUTIVE DETAILS

- **Job Type: 1099 – Subcontractor – Sales Executive**
- **Compensation is agreed to $5,000 per month**
- **Additional Commission can be agreed upon larger sales projects (project by project).**
- **iUSE Photography will be paying for a Phone Subscription Plan with a new phone number for the Subcontractor to use**
- **Start Date: Monday, 20. January 2020**

### Description:
The chief responsibility of a sales executive includes promoting and selling products or services in order to grow sales and profitability.... A sales executive also builds quality customer relationships and maintains up-to-date client information in order to drive sales.

As Sales Executive, your responsibility will be to ensure personal monthly and annual sales targets are achieved and exceeded by utilizing your account management, new business development and sales skills.

### ACCOUNTABILITIES:
- Ensure monthly and annual sales budget is achieved by targeting clients in your region.
- Maximize opportunities afforded by iUSE photography's new and existing clients.
- Develop new business and increase spend by all new and existing clients, in line with targets.
- Represent iUSE photography in all dealings with Clients, Suppliers and Colleagues.
- Ensure communication and relationships with colleagues is excellent and allows iUSE photography to deliver world-class service.
- Must be able to demonstrate and uphold our Company Values: Respect, Understanding, Creativity, Positivity, Ambition and Professionalism

### RESPONSIBILITIES:
• Responding to quote requests in adherence with company procedures.
• Use company order processing & CRM systems in line with procedure.
• New business development, from either iUSE photography clients in the US; generated leads, referrals or own knowledge base.
• Maintain and develop relationships with existing company clients by providing outstanding • sales, service, support.
• Work to monthly KPIs to ensure monthly and annual sales targets are achieved.
• Ensuring sufficient and relevant information for each order is passed to the Production Coordinator to agreed standards.
• Working with wider team to resolve problem orders.
• Identify prospects and pass leads to iUSE photography where appropriate.
• Sell iUSE photography as local solution, as well as a future nation proposition.

10

## APPENDIX 2 - NON-DISCLOSURE AGREEMENT

This is the non-disclosure agreement (NDA)
(hereinafter referred to as "Agreement") is made on January 17, 2020

**BETWEEN**

**iUSE photography is owned & operated by Ebbeskov Jankovic LLC**

**iUSE photography / iUSE property website / Ebbeskov Jankovic LLC** (EIN no. 36-4814545)
41 SE 5th Street, Suite 2109
Miami Florida, 33131, USA
(hereinafter referred to as "iUSE photography"),

**AND**

**Sales Executive:**  83-1108509
**Business Company: LIVNESS Inc.**   (EIN no. _____-____)
**Liv Dagmar Johansen**   7080 Hollywood Blvd. PH
ADDRESS   Los Angeles, FL, 90028
CITY, STATE, ZIP, COUNTRY

**LIVNESS**

(hereinafter referred to as "Recipient").

have on this date concluded the following subcontractor schedule (hereinafter referred to as the Agreement).

For the purpose of evaluating the feasibility of a possible business relationship between the parties concerning **Sales of iUSE photography's Real Estate Photography and Marketing Services** and for the purpose of the possible business relationship which may be a consequence of said evaluation ("The Permitted Purpose").

Such discussions will involve the disclosure and communication of information, which contains confidential material which IUSE photography wish to protect from unauthorized disclosure and use.

IT IS HEREBY AGREED as follows:
**Article 1: Definitions**
1.1. In this Agreement
    a) "Information" shall mean all designs, design materials, documents, drawings, ideas, know-how, pictures, software codes, the terms and conditions of this agreement and any other information supplied by IUSE photography to the Recipient (whether disclosed orally, in digital form, in documentary or other material form, by demonstration or otherwise) marked as confidential at the time of disclosure, or unmarked.

## APPENDIX 2 - NON-DISCLOSURE AGREEMENT

This is the non-disclosure agreement (NDA)
(hereinafter referred to as "Agreement") is made on January 17, 2020

**BETWEEN**

**iUSE photography is owned & operated by Ebbeskov Jankovic LLC**

**iUSE photography / iUSE property website / Ebbeskov Jankovic LLC** (EIN no. 36-4814545)
41 SE 5th Street, Suite 2109
Miami Florida, 33131, USA
(hereinafter referred to as "iUSE photography"),

**AND**

**Sales Executive:**  83-1108509
**Business Company: LIVNESS Inc.**   (EIN no. _____-____)
**Liv Dagmar Johansen**   7080 Hollywood Blvd. PH
ADDRESS   Los Angeles, FL, 90028
CITY, STATE, ZIP, COUNTRY

**LIVNESS**

(hereinafter referred to as "Recipient").

have on this date concluded the following subcontractor schedule (hereinafter referred to as the Agreement).

For the purpose of evaluating the feasibility of a possible business relationship between the parties concerning **Sales of iUSE photography's Real Estate Photography and Marketing Services** and for the purpose of the possible business relationship which may be a consequence of said evaluation ("The Permitted Purpose").

Such discussions will involve the disclosure and communication of information, which contains confidential material which IUSE photography wish to protect from unauthorized disclosure and use.

IT IS HEREBY AGREED as follows:
**Article 1: Definitions**
1.1. In this Agreement
    a) "Information" shall mean all designs, design materials, documents, drawings, ideas, know-how, pictures, software codes, the terms and conditions of this agreement and any other information supplied by IUSE photography to the Recipient (whether disclosed orally, in digital form, in documentary or other material form, by demonstration or otherwise) marked as confidential at the time of disclosure, or unmarked.

**Article 2: Recipients obligations**

2.1. All Information furnished by IUSE photography shall be treated by the Recipient as confidential. The Recipient undertakes and agrees as follows:
   a) to hold the Information in confidence and not to disclose or permit it to be made available to any person, firm or company without IUSE photography's prior written consent, except to employees of the Recipient, who has a reasonable need to know such Information to carry out the Permitted Purpose;
   b) only to use the Information for the Permitted Purpose;
   c) to ensure that each person to whom disclosure of Information is made by the Recipient is fully aware in advance of the Recipient's obligations under this Agreement and that each such person gives an undertaking in respect of the Information, in the terms of this agreement, and
   d) upon written demand from IUSE photography either to return the Information and any copies of it or to confirm in writing that it has been destroyed.

2.2. The foregoing article 2.1 does not apply to any of the Information which the Recipient can prove by written records:
   a) is already lawfully known to the Recipient at the date it was disclosed to it by IUSE photography and is or becomes free of restriction on the disclosure or use in question, or
   b) is or becomes generally known or freely available to the public (except by reason of any breach by the Recipient of its obligations hereunder), or
   c) is disclosed to the Recipient, free of restriction on the disclosure or use in question, by a third party who was entitled to make such unrestricted disclosure, or
   d) is independently developed by the Recipient, or
   e) is disclosed, retained or maintained by law or any regulatory or government authority.

**Article 3 - Trademarks etc.**

3.1. No license to either party under patents, trademarks or copyrights is granted or implied by the disclosure of Information under this Agreement.

**Article 4 - Termination**

4.1. This Agreement shall terminate 5 years after signing of this Agreement. The obligations of confidentiality and use shall survive for a period of 5 years from termination of this Agreement.

**Article 5 - Consequences of breach**

5.1. The Parties acknowledge and agree that since a breach of the obligations of this Agreement is likely to cause irreparable harm to IUSE photography, and that money damage alone would be inadequate as a remedy for the breach of such obligations, the Recipient agrees that it will not object IUSE photography seeking injunctive relief in the event of such breach.

5.2. In the event IUSE photography seeks injunctive relief of any provision of this Agreement, the Recipient agrees to waive and hereby does waive any requirement that the Party seeking the injunctive relief post a bond or any other security.

5.3. IUSE photography shall be entitled to seek and obtain from the Recipient money damages or other equitable relief or any combination of remedies, as IUSE photography shall elect without having to notify or seek relief from the Recipient.

5.4. The Parties agree that a breach of the conditions in this Agreement can result in considerable losses to IUSE photography and that it would be extremely difficult to document such losses. Any breach of this condition will result in the Recipient paying an agreed penalty of US Dollars 250,000 to IUSE photography for each such breach. Payment of the agreed penalty does not legalize the breach. Apart from the agreed penalty, the Recipient is further obliged to pay compensation to IUSE photography in accordance with Florida Law.

**Article 6 - Assignability**

6.1. The actual and present conditions at Recipient have been conclusive for IUSE photography in connection with its choice of Recipient, and Recipient is therefore not entitled to assign its rights and obligations according to this Agreement to third parties, including other companies within the same group as Recipient unless if IUSE photography has previously given its written consent.

6.2. A purchaser of all or substantially all of the capital stock or voting rights, or assets and obligations, of Recipient, or a surviving entity of a merger, reorganization or other business combination involving Recipient can only assume Recipients rights and obligations according to this Agreement, with IUSE photography's prior written consent.

**Article 7 - Governing law and venue**

7.1 This Agreement shall be subject to and construed and interpreted in accordance with Florida law, without reference to its conflict of law principles.

7.2. The Parties agree that any controversies arising under this Agreement shall be presented before the court located in Florida, and the Parties hereby submit themselves to the exclusive jurisdiction of said court.

7.3. Notwithstanding the aforesaid, IUSE photography may elect to take legal action against Recipient at Recipients venue.

Date: January 17, 2020
City and state: Miami /Florida

Date: January 17, 2020
City and state: Miami /Florida

_____
Morten Ebbeskov Jankovic, Owner
Sanela Ebbeskov Jankovic, Owner
iUSE photography (Ebbeskov Jankovic LLC)

_____
Liv Dagmar Johansen
LIVNESS Inc.

## APPENDIX 3 - W-9 FOR SUBCONTRACTORS (1099)

**Form W-9** (Rev. December 2014)
Department of the Treasury
Internal Revenue Service

**Request for Taxpayer Identification Number and Certification**

Give Form to the requester. Do not send to the IRS.

1. Name (as shown on your income tax return). Name is required on this line; do not leave this line blank.
   **Liv Dagmar Johansen**

2. Business name/disregarded entity name, if different from above
   **LIVNESS INC.**

3. Check appropriate box for federal tax classification; check only one of the following seven boxes:
   - [ ] Individual/sole proprietor or single-member LLC
   - [x] C Corporation
   - [ ] S Corporation
   - [ ] Partnership
   - [ ] Trust/estate
   - [ ] Limited liability company. Enter the tax classification (C=C corporation, S=S corporation, P=partnership) ▶ _____
   - [ ] Other (see instructions) ▶

4. Exemptions (codes apply only to certain entities, not individuals; see instructions on page 3):
   Exempt payee code (if any) _____
   Exemption from FATCA reporting code (if any) _____
   (Applies to accounts maintained outside the U.S.)

5. Address (number, street, and apt. or suite no.)
   **7080 Hollywood Blvd. PH**

6. City, state, and ZIP code
   **Los Angeles, CA, 90028**

Requester's name and address (optional)

7. List account number(s) here (optional)

**Part I — Taxpayer Identification Number (TIN)**

Enter your TIN in the appropriate box. The TIN provided must match the name given on line 1 to avoid backup withholding. For individuals, this is generally your social security number (SSN). However, for a resident alien, sole proprietor, or disregarded entity, see the Part I instructions on page 3. For other entities, it is your employer identification number (EIN). If you do not have a number, see *How to get a TIN* on page 3.

Note. If the account is in more than one name, see the instructions for line 1 and the chart on page 4 for guidelines on whose number to enter.

Social security number: ___-__-____

or

Employer identification number: **83-1108509**

**Part II — Certification**

Under penalties of perjury, I certify that:

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me); and
2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding; and
3. I am a U.S. citizen or other U.S. person (defined below); and
4. The FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA reporting is correct.

**Certification instructions.** You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the certification, but you must provide your correct TIN. See the instructions on page 3.

Sign Here — Signature of U.S. person ▶ *[signature]*   Date ▶ **01/17/2020**

14

## APPENDIX 4 - 1099 INFORMATION SHEET NEEDED FOR SUBCONTRACTORS (1099)

| Full name: | Business name: |
|---|---|
| Street address: | Street address: |
| City: | City: |
| State: | State: |
| Zip code: | Zip code: |
| Phone number: | Phone number: |
| Email: | Email: |
| Social Security no.: | EIN.: |
|  |  |
|  |  |
|  |  |
|  |  |

| |
|---|
| Please add copy of Drivers License |
| Please add copy of Social Security Card |
| Please add copy of Visa |

15

**APPENDIX 5 – COMMISSION FOR LIV JOHANSEN, SUBCONTRACTOR (1099)**

**The commission is agreed to be 10% of the monthly revenue increase from any amount above $40,000.**

E.g. if the monthly revenue/sales is increased from $40,000 to $50,000 = then Liv will be receiving 10% of the revenue-increase, which amounts to $1000 per month on top of the agreed compensation.

Commission is given on top of the agreed basis compensation for as long as the subcontractor contract is valid, **within the agreed terms (3-4 months).**

Commission is rewarded for Liv's work resulting in increased sales/revenue at iUSE photography.

Date: January 28, 2020
City and state: Miami /Florida

Date: January 28, 2020
City and state: Miami /Florida

_____
Morten Ebbeskov Jankovic, Owner
Sanela Ebbeskov Jankovic, Owner
iUSE photography (Ebbeskov Jankovic LLC)

_____
Liv Dagmar Johansen
LIVNESS Inc.

**THIS IS ADDENDUM IS AN ADDITION TO THE SIGNED SUBCONTRACTOR CONTRACT DATED JANUARY 17, 20020 AND SIGNED ON JANUARY 20, 2020 BETWEEN EBBESKOV JANKOVIC LLC (IUSE PHOTOGRAPHY) AND LIV JOHANSEN, LIVNESS INC.**