**UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

**CASE NO.:   0:21-cv-62410-AHS**

EBBESKOV JANKOVIC, LLC
DBA iUSE PHOTOGRAPHY.
A Florida Limited Liability Company,

     Plaintiff,

v.

LIV DAGMAR JOHANSEN, an individual
And LIVNESS, INC DBA LIV VISUALS
A California Company,

     Defendants.
_____/

NOTICE OF FILING

     Plaintiff, by and through undersigned counsel, hereby files the following document:

- Civil Cover Sheet

Dated: 11/29/21                                  Respectfully submitted,

By: s/John P. Hess
Florida Bar No. 031075
John P. Hess, P.A.
515 North Flagler, P300
West Palm Beach, FL  33401
(305) 310.0904 – Phone
Email: jhess@johnphess.com
Jphess55@gmail.com

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing instrument is being served to all counsel of record via the Court's efiling portal.
Dated: 11/29/2021

JOHN P. HESS P.A.
515 N. Flagler – P300,
West Palm Beach, FL 33401
(305) 310-0904
Service Email:  jhess@johnphess.com

By: /s/ John P. Hess

John P. Hess, Esquire
Florida Bar Number: 31075