UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.:  0:21-cv-62410-AHS

EBBESKOV JANKOVIC, LLC
DBA iUSE PHOTOGRAPHY.
A Florida Limited Liability Company,

    Plaintiff,
v.

LIV DAGMAR JOHANSEN, an individual
And LIVNESS, INC DBA LIV VISUALS
A California Company,

    Defendants.
_____/

## CERTIFICATE OF INTERESTED PARTIES

Pursuant to Fed. R. Civ. P. 7.1, Plaintiff, Ebbeskov Jankovic, LLC (DBA iUSE PHOTOGRAPHY), provides the following complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case.

**Plaintiff:**    Ebbeskov Jankovic, LLC, a privately held Florida limited liability company.
    180 Isle of Venice Drive, Unit 331
    Fort Lauderdale, FL 33301

**Defendants:**    Liv Dagmar Johansen and Livness Inc., a privately held California corporation.
    2320 Marina Bay Drive East, #207
    Fort Lauderdale, FL  33312

Owner of Defendant (Liv Dagmar Johansen)

Owner of Plaintiff  (Sanela and Morten Ebbeskov Jankovic)

Dated: 12/6/21

Respectfully submitted,

By: s/John P. Hess
Florida Bar No. 031075
John P. Hess, P.A.
515 North Flagler, P300
West Palm Beach, FL  33401
(305) 310.0904 – Phone
Email: jhess@johnphess.com
Jphess55@gmail.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing instrument is being served to all counsel of record via the Court's efiling portal.
Dated: 12/6/2021

JOHN P. HESS P.A.
515 N. Flagler – P300,
West Palm Beach, FL 33401
(305) 310-0904
Service Email:  jhess@johnphess.com

By: /s/ John P. Hess
John P. Hess, Esquire
Florida Bar Number: 31075