## UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF FLORIDA
## FORT LAUDERDALE DIVISION

CASE NO.:  0:21-cv-62410-AHS

EBBESKOV JANKOVIC, LLC
DBA iUSE PHOTOGRAPHY.
A Florida Limited Liability Company,

    Plaintiff,

v.

LIV DAGMAR JOHANSEN, an individual
And LIVNESS, INC DBA LIV VISUALS
A California Company,

    Defendants.
_____/

### NOTICE OF FILING
### PROPOSED SUMMONSES

Plaintiff, by and through undersigned counsel, hereby files the following documents:

- Proposed Summons for Defendant, Livness, Inc.
- Proposed Summons for Defendant, Liv Dagmar Johansen

Dated: 12/7/21                                              Respectfully submitted,

By: s/John P. Hess
Florida Bar No. 031075
John P. Hess, P.A.
515 North Flagler, P300
West Palm Beach, FL  33401
(305) 310.0904 – Phone
Email: jhess@johnphess.com
Jphess55@gmail.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing instrument is being served to all counsel of record via the Court's efiling portal.

Dated: 12/7/2021

JOHN P. HESS P.A.
515 N. Flagler – P300,
West Palm Beach, FL 33401
(305) 310-0904
Service Email: jhess@johnphess.com

By: /s/ John P. Hess

John P. Hess, Esquire
Florida Bar Number: 31075