AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | |
|---|---|
| EBBESKOV JANKOVIC, LLC<br>DBA iUSE PHOTOGRAPHY.<br>A Florida Limited Liability Company,<br><br>*Plaintiff(s)*<br><br>v.<br><br>LIV DAGMAR JOHANSEN, an individual<br>And LIVNESS, INC DBA LIV VISUALS<br>A California Company,<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)   Civil Action No.  0:21-cv-62410-AHS<br>)<br>)<br>)<br>)<br>)<br>) |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  LIVNESS, INC.
c/o LIV JOHANSEN
115 W CALIFORNIA BLVD #9123
PASADENA CA 91105


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   John P. Hess, P.A.
515 North Flagler, P300
West Palm Beach, FL 33401
(305) 310.0904 – Phone
Email: jhess@johnphess.com
Jphess55@gmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Angela E. Noble
Clerk of Court

Date:  Dec 8, 2021

SUMMONS

*s/ Johanna Borges*
Deputy Clerk
U.S. District Courts