UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 0:21-CV-62410-AHS

EBBESKOV JANKOVIC, LLC DBA iUSE
PHOTOGRAPHY.
A Florida Limited Liability Company,

    Plaintiff,

v.

LIV DAGMAR JOHANSEN, an individual
And LIVNESS, INC DBA LIV VISUALS
A California Company

    Defendants.

## NOTICE OF APPEARANCE OF COUNSEL

PLEASE TAKE NOTICE that Alexander D. Brown of the law firm The Concept Law Group, P.A., file this Notice of Appearance as counsel for Defendants, LIV DAGMAR JOHANSEN, an individual and LIVNESS, INC DBA LIV VISUALS.

February 7, 2022        Respectfully Submitted:

**THE CONCEPT LAW GROUP, P.A.**
*Counsel for Defendants*
6400 North Andrews Avenue, Suite 500
Fort Lauderdale, Florida 33309
Tel: 754.300.1500; Fax: 754.300.1501

By: /s/ Alexander D. Brown, Esq.
Alexander D. Brown, Esq.
ABrown@ConceptLaw.com
Fla Bar No. 0752665