UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 0:21-CV-62410-AHS

EBBESKOV JANKOVIC, LLC DBA iUSE
PHOTOGRAPHY.
A Florida Limited Liability Company,

     Plaintiff,

v.

LIV DAGMAR JOHANSEN, an individual
And LIVNESS, INC DBA LIV VISUALS
A California Company

     Defendants.

## DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME FOR DEFENDANTS TO FILE ANSWERS OR RESPONSES TO PLAINTIFFS' COMPLAINT

COME NOW LIV DAGMAR JOHANSEN, an individual and LIVNESS, INC DBA LIV VISUALS ("Defendants") and hereby file this Unopposed Motion for Extension of Time for Defendants to File Answers or Responses to Plaintiffs' Complaint, showing this Honorable Court as follows:

1. Plaintiffs filed their Complaint on November 29, 2021. Dkt. No. 1.

2. Defendants' counsel accepted service on February 3, 2022.

3. Based on a service date of February 3, 2022, Defendants' response to the Complaint is presently due February 24, 2022.

4. In light of a heavy workload of Defendants' counsel, which includes their scheduled for a Special Set trial for March 7-18, 2022 in another matter, and in order to allow Defendants' counsel sufficient time to review the Complaint and related material, counsel for Plaintiffs has agreed to an extension of time for Defendants to file Answers or

    Responses to the Complaint through and including March 7, 2022. Plaintiffs do not oppose the granting of this Motion.

5. This Motion is not intended as a waiver of any right, remedy, defense, or contention by any party, and this motion is made and consented to without admission of fact or law by any party.

6. This is the first request for an extension of time to file a Response to Plaintiffs' Complaint, and the granting of this Motion will serve the interests of justice without unduly delaying the progress of this action.

WHEREFORE, Defendants request that this Court grant this Motion and enter an Order extending the time for Defendants to file their Answers or Responses to Plaintiffs' Complaint, such that the Answers or Responses will be due on or before March 8, 2022. A proposed Order is attached for the Court's consideration as Exhibit "A".

## LOCAL RULE 7.1(A)(3) CERTIFICATION

Pursuant to Local Rule 7.1(A)(3), undersigned counsel for LIV DAGMAR JOHANSEN, an individual and LIVNESS, INC DBA LIV VISUALS certifies that he has conferred with Plaintiffs in a good faith effort to resolve the issues raised in this motion, and that Plaintiffs have indicated that they do not oppose the relief requested.

February 22, 2022 			Respectfully Submitted:

**THE CONCEPT LAW GROUP, P.A.**
*Counsel for Defendants*
6400 North Andrews Avenue, Suite 500
Fort Lauderdale, Florida 33309
Tel: 754.300.1500; Fax: 754.300.1501

By: /s/ Alexander D. Brown, Esq.
Alexander D. Brown, Esq.
ABrown@ConceptLaw.com
Fla Bar No. 0752665