IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 0:21-CV-62410-AHS

EBBESKOV JANKOVIC, LLC DBA iUSE PHOTOGRAPHY.
A Florida Limited Liability Company,

    Plaintiff,

v.

LIV DAGMAR JOHANSEN, an individual
And LIVNESS, INC DBA LIV VISUALS
A California Company

    Defendants.

**[PROPOSED] ORDER ON DEFENDANT'S AGREED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**

**THIS CAUSE**, having come before the Court on Defendant LIV DAGMAR JOHANSEN, an individual and LIVNESS, INC DBA LIV VISUALS Motion for Extension of Time to Respond to Complaint (the "Motion"), and the Court having reviewed said Motion and otherwise being fully advised in the premises, it is hereby:

**ORDERED AND ADJUDGED** that said Motion is hereby **GRANTED**. Defendant shall have until March 7, 2022 to file a response to the Complaint.

**DONE AND ORDERED** in Chambers, in Fort Lauderdale, Florida, this ___ day of February, 2022.

                                                                                                                                    _____
                                                                                                                                    RAAG SINGHAL
                                                                                                                                    UNITED STATES DISTRICT JUDGE

cc: All counsel of record